THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 John Joseph
 Meredith, Jr., Appellant.
 
 
 

Appeal From York County
 Lee S. Alford, Circuit Court Judge
Unpublished Opinion No. 2008-UP-557
Submitted October 1, 2008 Filed October
 9, 2008   
APPEAL DISMISSED

 
 
 
 Chief Appellate Defender Joseph L. Savitz, III, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott,
 Office of the Attorney General, all of Columbia; and Solicitor Kevin S.
 Brackett, of York, for Respondent.
 
 
 

PER
 CURIAM:  John Joseph Meredith, Jr.
 appeals his plea of no contest to assault and battery of a high and aggravated
 nature, arguing the trial court erred by accepting his plea without a
 sufficient evidentiary basis of guilt.  After a thorough review of the record
 and briefs pursuant to Anders
 v. California, 386 U.S.
 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991),
 we dismiss Merediths appeal and grant counsels motion to be relieved.[1]
APPEAL DISMISSED.
SHORT, THOMAS, and PIEPER, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.